**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**July 19, 2005**

**Charles R. Fulbruge III**
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 05-30235
Summary Calendar

_____

GERALD BOURG, ET AL.,

                                        Plaintiffs,

GERALD BOURG; REID SPANGLER;
MICHAEL SPEARS; JESSE MENDOZA,

                                        Plaintiffs-Appellants,

                        versus

UNION PACIFIC RESOURCES CO.; ET AL,

                                        Defendants,

UNION PACIFIC RESOURCES CO.; UNION
PACIFIC RESOURCES GROUP, INC.
SEVERANCE PLAN,

                                        Defendants-Appellees.

_____

GERALD BOURG, ET AL.,

                                        Plaintiffs,

GERALD BOURG; REID SPANGLER;
MICHAEL SPEARS; JESSE MENDOZA,

                                        Plaintiffs-Appellants,

                        versus

UNION PACIFIC RESOURCES CO.; ANADARKO
PETROLEUM CORP.; ANADARKO ENERGY SERVICES
CO.; UNION PACIFIC RESOURCES GROUP, INC.
SEVERANCE PLAN ADMINISTRATOR,

                              Defendants-Appellees.

    _____

            Appeal from the United States District Court
                for the Western District of Louisiana
                    USDC Nos. 6:00-CV-622 and
                           6:00-CV-2269

    _____

Before REAVLEY, JOLLY and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

    The judgment of the district court is affirmed for the

reasons given by that judge in her ruling of January 25, 2005.

    AFFIRMED.

    _____

    [*] Pursuant to 5TH CIR. R. 47.5, the Court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.